# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LIAM ALEXANDER,** | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-3300** |
| | : | |
| **GREYSTAR,** | : | |
|    Defendant. | : | |

## ORDER

AND NOW, this 2nd day of July, 2025, upon consideration of Plaintiff Liam Alexander's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                             **BY THE COURT:**

                                             **/s/ Hon. Kelley B. Hodge**
                                           **KELLEY BRISBON HODGE, J.**